# STAN STANART

COUNTY CLERK, HARRIS COUNTY, TEXAS
PROBATE COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 2:03:14 PM
CHRISTOPHER A. PRINE
Clerk

28TH DAY OF DECEMBER, 2015

CLERK OF THE COURT OF APPEALS FOR THE
FIRST JUDICIAL DISTRICT (CIVIL APPEAL)
301 FANNIN STREET
HOUSTON, TEXAS 77002

ESTATE OF: DOUGLAS ARTHUR LUITJEN,
DECEASED
CAUSE NO.: 433120

SIRINART MILLER
APPELLANT

    VS.

RODERICK LUITJEN
APPELLEE

PROBATE COURT NO. ONE
HARRIS COUNTY, TEXAS

DON PYLANT,
COURT REPORTER

ATTORNEY OF RECORD FOR APPELLANT
NAME:               DON D. FORD III
ADDRESS:          700 LOUISIANA STREET, 48TH FLOOR
                       HOUSTON, TEXAS 77002
TELEPHONE#:     713-260-3926
FAX #            713-260-3903
EMAIL ADDRESS:   DFORD@FORDBERGNER.COM
TEXAS STATE BAR#: 24082536

ATTORNEY OF RECORD FOR APPELLEES
NAME:               MICHAEL TREVINO
ADDRESS:          1345 CAMPBELL RD., SUITE 220
                       HOUSTON, TEXAS 77055
TELEPHONE#:     713-795-8000
FAX #            877-234-4982
EMAIL ADDRESS:   MTREVINO@RADACKLAW.COM
TEXAS STATE BAR#: 24027205

DATE OF JUDGMENT: **DECEMBER 4, 2015**
CROSS-MOTION FOR JUDGMENT N.O.V. FILED: **N/A**
MOTION FOR MISTRIAL FILED: **N/A**
JURY TRIAL: **NO**
APPEALS CONSOLIDATED UNDER THIS CAUSE: **N/A**
COMPANION CASES: **N/A**
NOTICE OF APPEAL FILED ON: **DECEMBER 22, 2015**

Sincerely,
STAN STANART,
Harris County Clerk

/S/ MARISOL HASTINGS
MARISOL HASTINGS, DEPUTY
Probate Courts Department
(713)755-6425

SS/MH

PBT-2015-415793

DATA-ENTRY
PICK UP THIS DATE

PROBATE COURT 1

FILED
12/22/2015 5:49:06 PM
Stan Stanart
County Clerk
Harris County

No. 433,120

| IN THE ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| DOUGLAS ARTHUR LUITJEN, | § | NUMBER ONE (1) OF |
| | § | |
| DECEASED | § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Texas Rule of Appellate Procedure 25.1 and Texas Civil Practice and Remedies Code Section 51.014, Sirinart Miller ("Miller"), the Independent Executrix of the Estate of Douglas Luitjen, Deceased, files this notice of appeal to either the First or Fourteenth Court of Appeals. Miller desires to appeal from the December 4, 2015 Order issuing a Temporary Injunction by the Probate Court Number One (1) of Harris County, Texas, on November 11, 2015. This appeal is accelerated pursuant to Texas Rule of Appellate Procedure 28.1.

Respectfully submitted,

Ford + Bergner LLP

DON D. FORD III
700 Louisiana Street, 48th Floor
Houston, Texas 77002
Ph: (713) 260-3926
Fx: (713) 260-3903
dford@fordbergner.com
TBA# 24002101
THOMAS A. HORTON
thorton@fordbergner.com
TBA# 24082536
Attorneys for Defendant,
Sirinart Miller

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record in this cause pursuant to the Texas Rules of Civil Procedure on December 22, 2015.

Jorge Borunda                                    VIA ELECTRONIC SERVICE
Michael Trevino
Radack and Borunda, P.C.
jborunda@radacklaw.com
mtrevino@radacklaw.com
1345 Campbell Road, Suite 220
Houston, Texas 77055

_____
THOMAS A. HORTON

2